## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | |
| | * | CASE NO. 10-09969 ESL |
| ARCADIO FERNANDEZ VEGA | * | |
| MARIA MANUELA LEBRON MONCLOVA | * | CHAPTER 13 |
| | * | |
| DEBTORS | * | |

### DEBTORS' MOTION REQUESTING ORDER
### RE: AUTHORIZATION TO USE FUNDS FROM TAX REFUND

TO THE HONORABLE COURT:

NOW COME, **ARCADIO FERNANDEZ VEGA and MARIA MANUELA LEBRON MONCLOVA**, debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. This Court has ruled that a "tax refund becomes income when received and in the amount received. The amount must be paid into the plan shortly after receipt." *Opinion and Order*, dated June 22, 2009, *In re Figueroa Padilla*, case no. 07-07495.

2. The debtors' confirmed Plan dated October 26, 2010, provides that debtors' tax refunds will be paid into the Plan. See docket no. 3 and docket no. 18 (confirmation Order).

3. The debtors have received their 2010 tax refund in the sum of $1,368.00. Attached is copy of the debtors' deposit account with Caguas Coop, which shows that the Treasury Department deposited said amount as an electronic transfer on March 25, 2011.

4. The debtors respectfully submit to the Court that they need to use these funds to pay for: the payment to the IRS of the 2010 1040PR self-employed social security in the sum of $1,194.00 and the balance of $174.00 to partially cover the debtors' son graduation expenses from the Dra. Conchita Cuevas Public High School, Gurabo, Puerto Rico. Attached is copy of the debtors' 2010 1040PR tax return.

5. The debtors need to use the funds from the 2010 "tax refund' to pay for these reasonable expenses. The debtors are living within a very "tight" budget which barely covers their daily expenses for a family of three (3).

6. Based on the abovestated, the debtors respectfully request this Court to Order the authorization of the use of these funds to allow the debtors to pay for these expenses with their "tax refund".

**WHEREFORE**, debtors, through the undersigned attorney respectfully request that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2010 tax refund by the debtors to pay for the above stated expenses.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq.; I also certify that a copy of this motion was sent via US Mail to Arcadio Fernandez Vega and Maria M. Lebron, HC 02 Box 13954 Gurabo PR 00778.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 4th day of April, 2011.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614 ATTORNEY FOR PETITIONERS
PO BOX 193677 SAN JUAN PR 00919-3677
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@prtc.net



# CAGUAS COOP

Ave. Muñoz Rivera Esq. Lope Flores
Caguas PR 00726
Tel:(787)746-9595 (787)286-8500 / Fax:(787)744-3620
www.caguascoop.com

Historial de Transacciones

MARIA M LEBRON MONCLOVA

Cuenta:

28 March 2011

05:09:AM

Ahorros N/S
Periodo [ 3/01/2011 - 03/31/2011 ]

| Referencia | Fecha | Transacción | Retiro(-) | Depósito(+) | Balance |
|---|---|---|---|---|---|
| 6328802 | 03/04/2011 | POS 000000081832 - 029LA CREACION | $2.41 | $0.00 | $404.73 |
| 6328826 | 03/04/2011 | POS 000000009971 - 029FARMACIA | $8.11 | $0.00 | $396.62 |
| 6334955 | 03/07/2011 | DEPOSITO | $0.00 | $300.00 | $696.62 |
| 6336891 | 03/08/2011 | Pago De Telefono [   1496] | $16.73 | $0.00 | $679.89 |
| 6338768 | 03/09/2011 | POS 000000028183 - 029TO GO STORE 24 | $5.98 | $0.00 | $673.91 |
| 6353521 | 03/16/2011 | POS 000000030536 - 029TO GO STORE 24 | $24.98 | $0.00 | $648.93 |
| 6355564 | 03/17/2011 | POS 000000027047 - 029RALPH'S FOOD | $105.45 | $0.00 | $543.48 |
| 6363709 | 03/21/2011 | RETIRO | $251.50 | $0.00 | $291.98 |
| 6366930 | 03/23/2011 | POS 000000032773 - 029TO GO STORE 24 | $25.98 | $0.00 | $266.00 |
| 6371348 | 03/25/2011 | RETIRO | $214.64 | $0.00 | $51.36 |
| 6373043 | 03/25/2011 | Dep.Dir. [BACO032511][DEPTO. HACIENDA] | $0.00 | $1,368.00 | $1,419.36 |



Gobierno de Puerto Rico
# Departamento de Hacienda

## Planilla de Contribución sobre Ingresos de Individuos
### Confirmación de Radicación Electrónica

Individual Income Tax Return
Confirmation of Electronic Filing

Forma Larga 2010 - Long Form 2010

| | |
|---|---|
| **Nombre de Contribuyente**........................... *Taxpayer Name* | ARCADIO FERNANDEZ VEGA |
| **Número de Seguro Social del Contribuyente**......... *Taxpayer Social Security Number* | 068 |
| **Nombre del Cónyuge**............................. *Spouse Name* | MARIA M LEBRON MONCLOVA |
| **Número de Seguro Social del Cónyuge**............ *Spouse Social Security Number* | -1072 |
| **Número de Confirmación**........................ *Confirmation Number* | 031120110702706CF61608090 |
| **Fecha y Hora de Radicación**..................... *Date and Time of Filing* | 11/03/2011 12:00:00 a. |
| **Fecha de Pago**................................. *Payment Date* | |
| **Cantidad Pagada Electrónicamente**.............. *Amount Paid Electronically* | |
| **Balance Pendiente de Pago**..................... *Balance Pending to Pay* | |
| **Cantidad a Reintegrar**......................... *Amount to Refund* | 1,368 |

___ Mediante cheque por correo - *Via check by mail*

✓ Mediante depósito directo - *Via direct deposit*

___ Acreditar a contribución estimada del próximo año - *Credit to estimated tax for next year*

___ Aportación al Fondo Especial para el Estuario de la Bahía de San Juan
*Contribution to the San Juan Bay Estuary Special Fund*

| Formulario **1040-PR** | Planilla para la Declaración de la Contribución Federal sobre el Trabajo por Cuenta Propia (Incluyendo el Crédito Tributario Adicional por Hijos para Residentes *Bona Fide* de Puerto Rico) | OMB No. 1545-0090 **2010** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Para el año que comienza el primero de enero de 2010 y termina el 31 de diciembre de 2010, o cualquier otro año contributivo comenzado el ___ enero de 2010 y terminado el 31 diciembre de 2010 | |

| Nombre e inicial de su segundo nombre | Apellido | Su número de seguro social |
|---|---|---|
| ARCADIO | FERNANDEZ VEGA | ___-___-7068 |
| Si es una planilla conjunta, nombre e inicial del cónyuge | Apellido | Número de seguro social del cónyuge |
| MARIA M | LEBRON MONCLOVA | ___-___-1072 |

Dirección actual (número, calle, número de apartamento o ruta rural)
HC 2 Box 13954

Ciudad, pueblo u oficina postal, estado libre asociado o territorio y zona postal (ZIP)
Gurabo PR 00778-9617

### Parte I — Contribución y créditos totales

1. **Estado civil.** Marque el encasillado para su estado civil (vea la página 4 de las instrucciones).
   - [ ] Soltero
   - [✓] Casado que radica una planilla conjunta
   - [ ] Casado que radica una planilla por separado. Anote arriba el número de seguro social de su cónyuge y su nombre completo aquí. ▶ _____

2. **Hijos calificados.** Complete esta sección únicamente si usted es residente *bona fide* de Puerto Rico y reclama el crédito tributario adicional por hijos (vea la página 7 de las instrucciones).

| (a) Nombre de pila | Apellido(s) | (b) Número de seguro social del hijo | (c) Parentesco del hijo con usted |
|---|---|---|---|
| | | | Hijo |
| | | | Nieta |
| | | | |

| | | |
|---|---|---|
| 3 | Contribución sobre el trabajo por cuenta propia de la línea 12 de la Parte V . . . . . . **3** | 1,194 |
| 4 | Contribuciones por empleados domésticos (vea la página 5 de las instrucciones). Adjunte el Anexo H-PR (Formulario 1040-PR) . . . . . . **4** | |
| 5 | **Contribuciones totales.** Sume las líneas 3 y 4 (vea la página 5 de las instrucciones) . . **5** | 1,194 |
| 6 | Pagos de contribución estimada del año 2010 (vea la página 6 de las instrucciones) **6** | |
| 7 | Contribución al seguro social retenida en exceso (vea la página 6 de las instrucciones) **7** | |
| 8 | Crédito tributario adicional por hijos de la línea 3 de la Parte II . **8** | |
| 9 | Crédito tributario por cobertura de seguro de salud. Adjunte el Formulario 8885 **9** | |
| 10 | **Pagos y créditos totales** (vea la página 6 de las instrucciones) . . . . . **10** | |
| 11 | Si la línea 10 es mayor que la línea 5, reste la cantidad de la línea 5 de la cantidad de la línea 10. Esta es la cantidad **pagada en exceso**. ▶ **11** | |
| 12a | Cantidad de la línea 11 que desea que **se le reintegre**. Si se ha incluido el Formulario 8888, marque aquí ▶ [ ] **12a** | |
| b | Núm. de circulación ▶ c Tipo: [ ] Corriente [ ] Ahorros | |
| d | Núm. de cuenta | |
| 13 | Cantidad de la línea 11 que desea que se le acredite a la contribución **estimada de 2011.** . . . . . . ▶ **13** | |
| 14 | **Cantidad que usted adeuda.** Si la cantidad de la línea 5 es mayor que la cantidad de la línea 10, reste la cantidad de la línea 10 de la cantidad de la línea 5. Para detalles sobre cómo se paga, vea la página 7 de las instrucciones. ▶ **14** | 1,194 |

**Tercero Autorizado**: ¿Desea permitir que otra persona hable sobre esta planilla con el IRS (vea la página 13 de las instrucciones)? [ ] Sí. Complete lo siguiente. [✓] No

Nombre de esta persona ▶    Número de teléfono ▶    Número de identificación personal (PIN) ▶

**Firme aquí**
¿Planilla conjunta? Vea la página 12. Conserve una copia para su archivo.

Declaro bajo pena de perjurio que esta planilla, incluyendo los anexos y demás documentos que la acompañan, ha sido examinada por mí y que según mi leal saber y entender es verídica, correcta y completa. La declaración del agente o preparador (que no es el contribuyente) está basada en toda la información de la cual el agente o preparador tiene conocimiento.

Su firma: *[signed] Arcadio Fernandez Vega*    Fecha: ___    Número de teléfono durante el día: ___
Firma del cónyuge. Si radican conjuntamente, ambos cónyuges tienen que firmar: *[signed]*    Fecha: ___

**Para uso exclusivo del preparador remunerado**
Escriba el nombre del Preparador / Firma del Preparador / Fecha / Marque aquí si el preparador trabaja por cuenta propia [ ] / PTIN del preparador

Nombre del negocio (o del preparador, si trabaja por cuenta propia), dirección y zona postal ▶
J.E. ACCOUNTING SERVICES
P.O. BOX 3261 TEL 787-736-8984/787-6(...)
Núm. de identificación patronal: ___
Número de teléfono: (787) 736-8984