IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | |
| | * | CASE NO. 10-09969-ESL |
| ARCADIO FERNANDEZ VEGA | * | |
| MARIA MANUELA LEBRON MONCLOVA | * | |
| | * | CHAPTER 13 |
| DEBTORS | * | |

**DEBTORS' MOTION REQUESTING ORDER
RE: AUTHORIZATION TO USE FUNDS FROM 2013 TAX REFUND**

TO THE HONORABLE COURT:

**NOW COME, ARCADIO FERNANDEZ VEGA and MARIA MANUELA LEBRON MONCLOVA,** debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. The debtors' confirmed Plan dated October 26, 2010, provides that debtors' tax refunds will be paid into the Plan. See docket #3.

2. The debtors have received the 2013 tax refund in the sum of $1,780.00. Attached is copy of the check, dated July 16, 2014, issued by the Puerto Rico Treasury Department.

3. The debtors respectfully submit to the Court that they need to use these funds to pay for:

    A. car repairs..............................................$524.22

    B. car registration renewal for 2 cars....................$488.00

    C. payment of administrative fines.......................$175.00

    D. medical expenses......................................$620.00

Attached is copy of the car repairs and medical expenses estimates/invoices, and copy of the car registration and the fines report issued by the Puerto Rico Department of Transportation "DTOP".

4. The debtors need to use the funds from the 2013 "tax refund' to pay for these reasonable expenses. Furthermore, the debtors are living within a very "tight" budget which barely covers their living expenses and a Plan payment of $250.00.

5. Based on the above-stated, the debtors respectfully request this Court to Order the authorization of

Page – 2-
Debtor's Motion Requesting Order
Case no. 10-09969-ESL13

the use of these funds to allow the debtor to pay for these expenses with his "tax refund".

**WHEREFORE**, debtors, through the undersigned attorney respectfully request that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2013 tax refund by the debtors to pay for the above stated expenses.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to debtors, Arcadio Fernandez Vega and Maria Manuela Lebron Monclova to the address of record: HC 02 Box 13954, Gurabo PR 00778.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 14th day of August, 2014.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Modelo SC-784.3
31-ENERO-2006

GOBIERNO DE PUERTO RICO — HACIENDA

REINT 2013

FECHA EMISIÓN: DIA 16 MES 07 AÑO 14
VENCE EN: DIA 16 MES 01 AÑO 15
NÚMERO DE CHEQUE: 17832215

UN MIL SETECIENTOS OCHENTA DOLARES CON NO/100

IMPORTE: $*****1,780.00

ARCADIO FERNANDEZ VEGA Y
MARIA LEBRON MONCLOVA

BGF

SECRETARIO DE HACIENDA

⑈17832215⑈ ⑆021502118⑆ 325⑈0401⑈3⑈

VOID VOID VOID



PepBoys Caguas (Ave. Rafael Cordero Interseccion PR #30, Plaza Centro Mall)

2004  DODGE-RAM   RAM 1500 PICKUP  V8-345 5.7L

Tire Size 265/70R17

| Vehicle | Tire Size | Selected Store |
|---|---|---|
| 2004 DODGE-RAM  RAM 1500 PICKUP V8-345 5.7L | 265/70R17 | PEP BOYS CAGUAS (AVE. RAFAEL CORDERO INTERSECCION PR #30, PLAZA CENTRO MALL) |

**Futura Scrambler AP**
Part # 90000004800   SKU: 555098   Size: P265/70R/17   ☐ Compare up to 4

Save an Additional 10% with promo code TIRESAFETY (when installed)

Customer Rating
★★★★★ See all 12 reviews

Warranty  40,000 mile warranty
Tire Type:  (P) Passenger
Service Description:  115S Meets Service Description

- Open shoulder design and four circumferential tread grooves work

| | |
|---|---|
| Price | $129.99 / tire |
| Quantity  2 | $259.98 |
| ☑ Installation | $ 27.46 |
| ☑ Road Hazard | $ 33.14 |
| Subtotal | $320.58 |
| REBATES & OFFERS Save 10% Instantly Use Promo Code: TIRESAFETY | - $26.00 |

After Rebates & Offers $294.58

After Rebates & Offers $329.52

Tire Type:  (P) Passenger
Service Description:  113S Meets Service Description

1996  GMC   PICKUP  4-133 2.2L

Tire Size 235/75R15





**Estado Libre Asociado de Puerto Rico**
**DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS**
**DIRECTORÍA DE SERVICIOS AL CONDUCTOR**
**PERMISO PARA VEHÍCULOS DE MOTOR O ARRASTRES**

5093

**Relación de Multas Administrativas**
La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

| BOLETO | FECHA | CANTIDAD | MUN. | ORDEN O LEY |
|---|---|---|---|---|
| | | | | |

1996 GMC SIERRA C1500 ROJO
Camion Liviano(Privado) , Carga Privada
Descripción y Clasificación de Vehículo

| 5126203 | 30sep1996 | 571793==== | 2179667 |
|---|---|---|---|
| Registración | Fecha Registro | Tablilla | Título |

| 1996 | GMC | SRA | 2CC | ROO | * 2 | * 6 | * 120 |
|---|---|---|---|---|---|---|---|
| Año | Marca | Modelo | | Color | Puertas | Cilin | Cab Fuerza |

| 1GTEC14W1TZ522931 | | 2000 | | 2000 |
|---|---|---|---|---|
| VIN (Número de Serie) | Peso Desc. | | Capacidad de Carga | |

| ====== | CICORP== 1996720======== | $ 15,128.00 |
|---|---|---|
| Dealer | Venta Condicional | Precio Contributivo |

| oct 2014 a sep 2015 | | 30 sep 2015 |
|---|---|---|
| Vigencia | Marbete | Expiración |

FERNANDEZ VEGA, ARCADIO
HC 2 BOX 13954
GURABO, PR 00778-9617

Dueño del Vehículo y Dirección Postal

BO NAVARRO PARC NUEVAS
30 CALLE 2 PARC
GURABO, PR 00778-9617

Dirección Residencial, solo si es diferente a Postal

| $ 16,640.80 | 1210523 | 7397474 |
|---|---|---|
| Precio de Venta | Licencia | Estación de Inspección |

20140811-04122600-387-9990-9990-000000000

NO ES VÁLIDA SIN EL SELLO DE PAGO

| Multas | $ 0.00 |
|---|---|
| Derechos Anuales | $ 51.00 |
| ACAA | $ 35.00 |
| Renovación | $ 10.00 |
| Seguro Oblig | $ 148.00 |
| Importe Total | $ 244.00 |



**Estado Libre Asociado de Puerto Rico**
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
DIRECTORÍA DE SERVICIOS AL CONDUCTOR
**PERMISO PARA VEHÍCULOS DE MOTOR O ARRASTRES**

www.dtop.gov.pr
6090



**Relación de Multas Administrativas**
La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

| BOLETO | FECHA | CANTIDAD | MUN. | ORDEN O LEY |
|---|---|---|---|---|
| 26210012 | 09abr2014 | $ 50.00 | 14 | n |
| 26150014 | 08abr2014 | $ 50.00 | 14 | n |
| 715056 | 19dic2013 | $ 75.00 | 14 | M |

2004 DODGE RAM 1500 QUAD ST/SLT
Camion Liviano(Privado) , Carga Privada
Descripción y Clasificación de Vehículo

| 6254580 | 24sep2003 | 742959==== | 3309490 |
|---|---|---|---|
| Registración | Fecha Registro | Tablilla | Título |

| 2004 | DODG | R15 | ROO | * 4 | * 8 | * 235 |
|---|---|---|---|---|---|---|
| Año | Marca | Modelo | Color | Puertas | Cilin | Cab Fuerza |

| 1D7HA18N44J118872 | | 2000 | | 2000 |
|---|---|---|---|---|
| VIN (Número de Serie) | | Peso Desc. | | Capacidad de Carga |

| ====== | ======== =========== | $ 28,275.00 |
|---|---|---|
| Dealer | Venta Condicional | Precio Contributivo |

| oct 2014 a sep 2015 | | 30 sep 2015 |
|---|---|---|
| Vigencia | Marbete | Expiración |

FERNANDEZ VEGA, ARCADIO
HC 2 BOX 13954
GURABO, PR 00778-9617

Dueño del Vehículo y Dirección Postal

BO NAVARRO PARC NUEVAS
30 CALLE 2 PARC
GURABO, PR 00778-9617

Dirección Residencial, solo si es diferente a Postal

| $ 31,102.57 | 1210523 | 7397472 |
|---|---|---|
| Precio de Venta | Licencia | Estación de Inspección |

20140811-04095200-387-9990-9990-000000000

Multas          $ 175.00
Derechos Anuales   $ 51.00
ACAA              $ 35.00
Renovación        $ 10.00
Seguro Oblig     $ 148.00

Importe Total    $ 419.00

Estado Libre Asociado de Puerto Rico/nDEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS /nDIRECTORÍA DE SERVICIOS AL CONDUCTOR
División de Vehículos de Motor

## Reporte de Multas Administrativas al Vehículo

03 de agosto de 2014

Tabilla: 742959
Registro: 6254580
: 2004 DODGE RAM 1500 QUAD ST/SLT ROJO OBSCURO
Dueño: FERNANDEZ VEGA, ARCADIO
Identificación: ssid: XXX-XX-7068

### Detalle de Multas de Vehículo

Página 1 de 1

| Tabilla | Registro | Núm. de Boleto | Fecha de Multa | Municipio | Dist. | Cantidad | Fecha de Transacción | Núm. de Batch |
|---|---|---|---|---|---|---|---|---|
| 742959 | | 262100127 | 09 abr 2014 | CAGUAS | | $ 50.00 | 29 may 2014 | 17038864 |
| 742959 | | 261500141 | 08 abr 2014 | CAGUAS | | $ 50.00 | 29 may 2014 | 17038864 |
| 742959 | 6254580 | 715056 | 19 dic 2013 | CAGUAS | M | $ 75.00 | 13 feb 2014 | 17033524 |

Total: 3
Cantidad $ 175.00

03 - AGO - 2014 - 10:53:09

**Optica Centro**

'87 258 5394 / 1-877-883-4503

## Cotización

| | | |
|---|---|---|
| Paciente | Jorge D. Fernandez Ubsa | Fecha 8/9/14 |
| Montura | Max Opt | Cantidad 100.00 |
| Lentes | V.S. Poly | 120.00 |
| Extras | Transitions | 60.00 |
| | Total | 280.00 |

# Optica Centro

787 258 5394 / 1-877-883-4503

## Cotización

**Paciente** Maria Lebron Abodovs

**Fecha** 8/9/14

**Montura** G-P-2519

**Lentes** Pro-

**Extras** Transitions

**Cantidad**
100.00
180.00
60.00

**Total** 340.00