IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE                                           *
                                                *    CASE NO. 10-09969-ESL
ARCADIO FERNANDEZ VEGA                          *
MARIA MANUELA LEBRON MONCLOVA                   *
                                                *    CHAPTER 13
DEBTORS                                         *

AMENDED DEBTORS' MOTION REQUESTING ORDER
RE: AUTHORIZATION TO USE FUNDS FROM 2013 TAX REFUND

TO THE HONORABLE COURT:

**NOW COME, ARCADIO FERNANDEZ VEGA and MARIA MANUELA LEBRON MONCLOVA,** debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. The debtors' confirmed Plan dated October 26, 2010, provides that debtors' tax refunds will be paid into the Plan. See docket #3.

2. The debtors have received the 2013 tax refund in the sum of $1,780.00. Attached is copy of the check, dated July 16, 2014, issued by the Puerto Rico Treasury Department.

3. The debtors respectfully submit to the Court that they need to use these funds to pay for:

   A. car repairs.............................................$1,114.43

   B. car registration renewal for 2 cars....................$488.00

   C. payment of administrative fines.......................$175.00

Attached is copy of the car repairs and medical expenses estimates/invoices, and copy of the car registration and the fines report issued by the Puerto Rico Department of Transportation "DTOP".

4. The debtors need to use the funds from the 2013 "tax refund" to pay for these reasonable expenses. Furthermore, the debtors are living within a very "tight" budget which barely covers their living expenses and a Plan payment of $250.00.

5. Based on the above-stated, the debtors respectfully request this Court to Order the authorization of the use of these funds to allow the debtor to pay for these expenses with his "tax refund".

Page – 2-
Debtor's Motion Requesting Order
Case no. 10-09969-ESL13

**WHEREFORE**, debtors, through the undersigned attorney respectfully request that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2013 tax refund by the debtors to pay for the above stated expenses.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to debtors, Arcadio Fernandez Vega and Maria Manuela Lebron Monclova to the address of record: HC 02 Box 13954, Gurabo PR 00778.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 26th day of August, 2014.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Modelo SC-784.3
31-ENERO-2006

HACIENDA GOBIERNO DE PUERTO RICO

REINT 2013

| DIA | MES | AÑO | DIA | MES | AÑO | |
|-----|-----|-----|-----|-----|-----|-----|
| 16 | 07 | 14 | 16 | 01 | 15 | 17832215 |
| FECHA EMISIÓN | | | VENCE EN | | | NUMERO DE CHEQUE |

IMPORTE
$******1,780.00

UN MIL SETECIENTOS OCHENTA DOLARES CON NO/100

ARCADIO FERNANDEZ VEGA Y
MARIA LEBRON MONCLOVA

BGF

SECRETARIO DE HACIENDA

⑈17832215⑈ ⑆021502118⑊ 325⑈0401⑈3⑈

VOID VOID VOID



Pep Boys

**PepBoys Caguas (Ave. Rafael Cordero Interseccion PR #30, Plaza Centro Mall)**

**2004 DODGE-RAM RAM 1500 PICKUP V8-345 5.7L**

Tire Size **265/70R17**

Vehicle
2004 DODGE-RAM RAM 1500 PICKUP V8-345 5.7L

Tire Size
265/70R17

Selected Store
PEP BOYS CAGUAS (AVE. RAFAEL CORDERO INTERSECCION PR #30, PLAZA CENTRO MALL)

**Futura Scrambler AP**
Part # 90000004800 SKU 555098 Size P265/70R/17 Compare up to 4

Save an Additional 10% with promo code TIRESAFETY (when installed)

Customer Rating
★★★★★ See all 12 reviews

Warranty **40,000 mile warranty**
Tire Type **(P) Passenger**
Service Description **115S** Meets Service Description

- Open shoulder design and four circumferential tread grooves work together to provide good wet traction

Tire Type **(P) Passenger**
Service Description **113S** Meets Service Description

| | |
|---|---|
| Price | $129.99 / tire |
| Quantity 2 | $259.98 |
| Installation | $ 27.46 |
| Road Hazard | $ 33.14 |
| Subtotal | $320.58 |
| REBATES & OFFERS<br>Save 10% Instantly<br>Use Promo Code: TIRESAFETY | - $26.00 |

After Rebates & Offers $294.58

After Rebates & Offers $329.52

**1996 GMC PICKUP 4-133 2.2L**

Tire Size **235/75R15**

Your Store: Pep Boys Caguas Ave. Rafael Cordero Interseccion PR #30... Change Store

Vehicle
1996 GMC SONOMA PICKUP 4-133 2.2L

Tire Size
235/75R15

Selected Store
PEP BOYS CAGUAS (AVE. RAFAEL CORDERO INTERSECCION PR #30, PLAZA CENTRO MALL)

Sort By: Best Sellers View: 10 Compare Tires Previous 1 Next

**Hankook Optimo H724**
Part # 1010988 SKU 168205 Size P235/75R/15 Compare up to 4

Save an Additional 10% with promo code TIRESAFETY (when installed)

Customer Rating
★★★★½ See all 32 reviews

Warranty **75,000 mile warranty**
Tire Type **(P) Passenger**
Service Description **108T**

- The center rib block delivers enhanced stability and handling for smooth

| | |
|---|---|
| Price | $99.99 / tire |
| Quantity 2 | $199.98 |
| Installation | $ 24.46 |
| Road Hazard | $ 25.50 |
| Subtotal | $249.94 |
| REBATES & OFFERS<br>Save 10% Instantly<br>Use Promo Code: TIRESAFETY | - $20.00 |

After Rebates & Offers $229.94



**Pep Boys**

CAUGUAS
PEP BOYS #912
AVE RAFAEL CORDERO
CAGUAS, PR 00725
(787) 286-2700

GERENTE: LUIS PEREZ RIVERA

| TRACKING ID# * | |
|---|---|
| Store ID # | Service Work Order # |
| 0912 | 2198019 |

| | | | |
|---|---|---|---|
| Cliente: | Año: | 2004 | Fecha: 2014-08-25 |
| Dirección: | Marca: | DODGE-RAM TRUCK | Anotado Por: NA |
| Ciudad: | Modelo: | RAM 1500 PICKUP | Hora De Ingreso: 17:28:16 |
| Estado: | Motor: | V6-226 3.7L SOHC | Fecha/Hora prometida: |
| Código postal: | Numero De VIN: | | El carro listo partes |
| Teléfono Casero: | Número De la Licencia: | | Viejas requeridas por el cliente? no |
| Teléfono Del Contacto: | Mileage adentro y hacia fuera: / | | |
| | Color: | | |

CARGOS DE ALMACENAJE: Si su carro permanece en nuestra propiedad mas de 3 dias despues de habersele notificado las reparaciones han sido terminadas, se cobraran $10.00 por dia como cargos por almacenaje.

AUTORIZO A PEP BOYS A LLEVAR A CABO LAS REPARACIONES DESCRITAN EN ESTA PAGINA Y PROVEER LOS MATERIALES QEU SEAN NECESARIOS. ENTIENDO QUE CUALQUIER PRECIO COTIZADO ES UN ESTIMADO.LOS EMPLEADOS DE PEP BOYS PODRAN MANEJAR ESTE VEHICULO PARA FINES DE INSPECCION, PRUEBAS Y ENTREGA Y PODRAN ESTACIONAR EL VEHICULO EN EL ESTACIONAMIENTO EXTERIOR. PEP BOYS NO SE HACE RESPONSIBLE POR PERDIDA O DAÑOS AL VEHICULO O ARTICULOS DEJADOS DENTRO DEL VEHICULO EN CASO DE FUEGO, ROBO O POR CUALQUIEROTRA RAZON NO CAUSADA POR PEP BOYS. VEHICLES QUE PERMANEZCAN HASTA EL OTRO DIA SERAN A RIESGO DEL DUEÑO.ENTIENDO QUE PEP BOYS NO ESTA ASUMIENDO RESPONSABILIDAD ALGUNA POR DAÑO O ROBO DEL VEHICULO EN CUALQUIER MOMENTO EN QUE EL VEHICULO NO ESTE DENTRO DEL EDIFICIO DE PEP BOYS O SIENDO CONDUCIDO POR PEP BOYS. RECONOZCO UN GRAVAMEN SOBRE EL VEHICULO PARA ASEGURAR EL PAGO POR TRABAJO LLEVADO A CABO BAJO EL ESTIMADO DE REPARACIONES ESCRITO.

X

| Estimado Inicial | Cargos Por Piezas | Cargos De Trabajo | Cargos Totales | Fecha Y Hora : | Tarifa De Trabajo |
|---|---|---|---|---|---|
| | 551.32 | 0.00 | 589.91 | 2014-08-25 17:28:16 | 80.00/80.00 |

CUSTOMER NOTIFIED OF AND APPROVED INCREASE(S) IN THE ORIGINAL ESTIMATED PRICE
( ) IN PERSON ( ) PHONE
SIGNED _____ DATE _____

| TYPE | PART | DESCRIPTION | CODE | MECHANIC | HRLY RATE | QTY | SOURCE | EACH | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Not Yet Authorized | | | | | | | | | |
| PN | 53005G | Prostop Front Brake Rotor<br>LIMITED TWO YEAR WARRANTY | N | | | 2 | | 46.19 | 92.38 |
| PN | PGD897M | Front Prostop Platinum Pads<br>LIMITED LIFETIME WARRANTY | N | | | 1 | | 45.99 | 45.99 |
| PN | TXK7411 | Mevotech SO Lower Ball Joint<br>LIMITED LIFETIME WARRANTY | N | | | 2 | | 59.99 | 119.98 |
| PN | FA7301 | Prosteer Sway Bar Bushing<br>LIMITED LIFETIME WARRANTY | N | | | 1 | | 20.99 | 20.99 |
| PN | MS25196 | Prosteer Control Arm Control Arm w/Ball Joint<br>LIMITED LIFETIME WARRANTY | N | | | 1 | | 135.99 | 135.99 |
| PN | MS25197 | Prosteer Control Arm Control Arm w/Ball Joint<br>LIMITED LIFETIME WARRANTY | N | | | 1 | | 135.99 | 135.99 |

Parts: 551.32   Labor: 0.00   Other: 0.00   IVU Tax: 33.08   Lcl Tax: 5.51   Total: 589.91

**Code Descriptions**
N: Nuevo



Cuando necesite un remolque? Llame Gratis a:
800-PEP-BOYS (1-800-737-2697)



**Estado Libre Asociado de Puerto Rico**
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
DIRECTORÍA DE SERVICIOS AL CONDUCTOR
**PERMISO PARA VEHÍCULOS DE MOTOR O ARRASTRES**

dtop SERVICIOS
www.dtop.gov.pr
5093

1996 GMC SIERRA C1500 ROJO
Camion Liviano(Privado) , Carga Privada
Descripción y Clasificación de Vehículo

| 5126203 | 30sep1996 | 571793==== | 2179667 |
|---|---|---|---|
| Registración | Fecha Registro | Tablilla | Título |

| 1996 | GMC | SRA | 2CC | ROO | | *2 | *6 | *120 |
|---|---|---|---|---|---|---|---|---|
| Año | Marca | Modelo | | Color | | Puertas | Cilin | Cab Fuerza |

1GTEC14W1TZ522931    2000    2000
VIN (Número de Serie)    Peso Desc.    Capacidad de Carga

======    CICORP== 1996720========    $ 15,128.00
Dealer    Venta Condicional    Precio Contributivo

oct 2014 a sep 2015        30 sep 2015
Vigencia    Marbete    Expiración

FERNANDEZ VEGA, ARCADIO
HC 2 BOX 13954
GURABO, PR 00778-9617

NO ES VALIDA SIN EL SELLO DE PAGO

Dueño del Vehículo y Dirección Postal
BO NAVARRO PARC NUEVAS
30 CALLE 2 PARC
GURABO, PR 00778-9617

Dirección Residencial, solo si es diferente a Postal

$ 16,640.80    1210523
Precio de Venta    Licencia    Estación de Inspección
            7397474

20140811-04122600-387-9990-9990-000000000

**Relación de Multas Administrativas**
La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

| BOLETO | FECHA | CANTIDAD | MUN. | ORDEN O LEY |
|---|---|---|---|---|
| | | | | |

| | |
|---|---|
| Multas | $ 0.00 |
| Derechos Anuales | $ 51.00 |
| ACAA | $ 35.00 |
| Renovación | $ 10.00 |
| Seguro Oblig | $ 148.00 |
| Importe Total | $ 244.00 |



**Estado Libre Asociado de Puerto Rico**
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
DIRECTORÍA DE SERVICIOS AL CONDUCTOR
**PERMISO PARA VEHÍCULOS DE MOTOR O ARRASTRES**

www.dtop.gov.pr
6090



2004 DODGE RAM 1500 QUAD ST/SLT
Camion Liviano(Privado) , Carga Privada
Descripción y Clasificación de Vehículo

| 6254580 | 24sep2003 | 742959==== | 3309490 |
|---|---|---|---|
| Registración | Fecha Registro | Tablilla | Título |

| 2004 | DODG | R15 | ROO | * 4 | * 8 | * 235 |
|---|---|---|---|---|---|---|
| Año | Marca | Modelo | Color | Puertas | Cilin | Cab Fuerza |

| 1D7HA18N44J118872 | | 2000 | 2000 |
|---|---|---|---|
| VIN (Número de Serie) | Peso Desc. | | Capacidad de Carga |

| ====== | ======== ============== | $ 28,275.00 |
|---|---|---|
| Dealer | Venta Condicional | Precio Contributivo |

| oct 2014 a sep 2015 | | 30 sep 2015 |
|---|---|---|
| Vigencia | Marbete | Expiración |

FERNANDEZ VEGA, ARCADIO
HC 2 BOX 13954
GURABO, PR 00778-9617

Dueño del Vehículo y Dirección Postal
BO NAVARRO PARC NUEVAS
30 CALLE 2 PARC
GURABO, PR 00778-9617

Dirección Residencial, solo si es diferente a Postal

| $ 31,102.57 | 1210523 | |
|---|---|---|
| Precio de Venta | Licencia | Estación de Inspección |
| | | 7397472 |

20140811-04095200-387-9990-9990-000000000

**Relación de Multas Administrativas**
La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

| BOLETO | FECHA | CANTIDAD | MUN. | ORDEN O LEY |
|---|---|---|---|---|
| 26210012 | 09abr2014 | $ 50.00 | 14 | n |
| 26150014 | 08abr2014 | $ 50.00 | 14 | n |
| 715056 | 19dic2013 | $ 75.00 | 14 | M |

| | |
|---|---|
| Multas | $ 175.00 |
| Derechos Anuales | $ 51.00 |
| ACAA | $ 35.00 |
| Renovación | $ 10.00 |
| Seguro Oblig | $ 148.00 |
| Importe Total | $ 419.00 |

NO ES VALIDA SIN EL SELLO DE PAGO

Estado Libre Asociado de Puerto Rico/nDEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS /nDIRECTORÍA DE SERVICIOS AL CONDUCTOR
División de Vehículos de Motor

# Reporte de Multas Administrativas al Vehículo

03 de agosto de 2014

Tabilla: 742959
Registro: 6254580
: 2004 DODGE RAM 1500 QUAD ST/SLT ROJO OBSCURO
Dueño: FERNANDEZ VEGA, ARCADIO
Identificación: ssid: XXX-XX-7068

## Detalle de Multas de Vehículo

Página 1 de 1

| Tabilla | Registro | Núm. de Boleto | Fecha de Multa | Municipio | Dist. | Cantidad | Fecha de Transacción | Núm. de Batch |
|---|---|---|---|---|---|---|---|---|
| 742959 | | 262100127 | 09 abr 2014 | CAGUAS | | $ 50.00 | 29 may 2014 | 17038864 |
| 742959 | | 261500141 | 08 abr 2014 | CAGUAS | | $ 50.00 | 29 may 2014 | 17038864 |
| 742959 | 6254580 | 715056 | 19 dic 2013 | CAGUAS | M | $ 75.00 | 13 feb 2014 | 17033524 |

Total: 3
Cantidad $ 175.00

03 - AGO - 2014 - 10:53:09